IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DONALD MURPHY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 18-4732 |

# O R D E R

AND NOW, this 13th day of September, 2019, upon consideration of Plaintiff's request for review (Doc. 11), the response (Doc. 12), the Plaintiff's reply (Doc. 13), and after careful consideration of the administrative record (Doc. 8), IT IS HEREBY ORDERED that:

1. Judgement is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication; and

2. The clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.